LENA LUDWIG, Respondent, v. CHARLES V. LUDWIG, Appellant.— In an action
for a separation from bed and board by the plaintiff wife upon the ground of
abandonment and non-support, judgment in favor of plaintiff, awarding a separation
from bed and board and other relief, unanimously affirmed, with costs. No
opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.